# APPENDIX A

### COMPARISON BETWEEN THE COPYRIGHTED WORKS AND *PASS IT ON*

The below compares sections from the Copyrighted Work, **You Can Have It All (1995),** **Copyright Reg. No. TX0004412762**, from November 1, 1996, with sections from *Pass It On*. The text shown in red is identical.

| **Original Work** | ***Pass It On*** |
|---|---|
| "Prior to starting Mary Kay Cosmetics, while working in direct selling for Stanley Home Products, I was a single working mother supporting three children. During some of this time, I was also going to college. So I know firsthand how a single working mother toils. I had to work long hours, and sometimes the only way I could find enough hours in the day to get everything done was to cut back on my sleep. Needless to say, there were mornings when I would have preferred staying in bed for an extra hour or two, but I forced myself to get up. I also know what it's like to spend an entire day working, away from my family, and then come home late at night without a single order. I know the disappointment of working for weeks with a new salesperson only to have him or her quit for one of a dozen different reasons. During my decades in direct sales, I've seen just about everything imaginable, and I try never to forget these experiences. I want to be able to recall them so I can relate to another person's problems when she comes to me for guidance — or a shoulder to cry on." (p. 7-8.) | "Prior to starting Mary Kay Cosmetics . . . I was a single working mother supporting three children . . . I know what it's like to spend an entire day working, away from my family, and then come home late at night without a single order . . . I try never to forget these experiences. I want to be able to recall them so I can relate to another person's problems when she comes to me for guidance — or a shoulder to cry on." (p. 1, EN 1.1.) |
| "My priorities have always been God first, family second, career third. I have found that when I put my life in this order, everything seems to work out." (p. xii.) | "My priorities have always been God first, family second, career third. I have found that when I put my life in this order, everything seems to work out." (p. 21, EN 2.1.) |
| "Many people fail to see the humorous side of life, and consequently endure unnecessary stress. Oftentimes, situations that border on being catastrophic are actually rather amusing — later. Admittedly, you might have to look hard for something funny, but if you do, chances are you'll find it." (p. 244.) | "When those who knew her well talk about Mary Kay, her wonderful sense of humor always comes up. In her book You Can Have It All, she dedicates a whole chapter to humor, advising readers that 'many people fail to see the humorous side of life, and consequently endure unnecessary stress. Oftentimes, situations that border on catastrophic are actually rather amusing — later. Admittedly, you might have to look hard for something funny, but, if you do, chances are you'll find it.'" (p. 27, EN 2.4.) |
| "I believe that each of us has God-given talents within us waiting to be brought to fruition." (p. 9.) | "I believe that each of us has God-given talents within us waiting to be brought to fruition." (p. 41, EN 4.1.) |

| **Original Work** | *Pass It On* |
|---|---|
| "My priorities have always been God first, family second, career third. I have found that when I put my life in this order, everything seems to work out. This is what we believe at Mary Kay Cosmetics. With trust in God, our firm has soared to astonishing heights in the business world, with annual sales approaching $2 billion at the retail level. God was my first priority early in my career when I was struggling to make ends meet; through the failures and successes I have experienced since then, my faith has remained unshaken." (p. xii.) | "Today, some people feel that Mary Kay's priorities and teachings are outdated, but Mary Kay understood that a woman's priorities were important to her. As she affirmed, 'My priorities have always been God first, family second, career third. I have found that when I put my life in this order, everything seems to work out . . . God was my first priority early in my career when I was struggling to make ends meet; through the failures and successes I have experienced since then, my faith has remained unshaken.'" (p. 44, EN 4.4.) |
| "It is important to remember that you do not have to change a certain number of lives. By reaching out to just one person, you can make a difference. That person can be anyone — a child, a friend, a customer, a homeless person, any one at all. We make a difference in many ways. We do it when we perform a random act of kindness for a stranger or a series of and-then-somes for a loved one; the list is endless. You don't have to win the Nobel Peace Prize, find a cure for cancer, or alter the course of civilization. Making a difference requires only your willingness to give to others — the more often the better." (p. 216-217.) | "It is important to remember that you do not have to change a certain number of lives. By reaching out to just one person, you can make a difference. That person can be anyone—a child, a friend, a customer, a homeless person, anyone at all . . . You don't have to win the Nobel Peace Prize . . . Making a difference requires only your willingness to give to others — the more often the better." (p. 87, EN 7.1.) |
| "Do your kind deeds without expecting anything in return, and over the course of time, good will come back to you." (p. 209.) | "Mary Kay Inc. and The Mary Kay Foundation are stepping-stones that enrich women's lives. These organizations are built on a foundation of giving to others, knowing that in doing so, a person's life is blessed. As Mary Kay stated in her 1995 book You Can Have It All, 'Do your kind deeds without expecting anything in return, and over the course of time, good will come back to you.'" (p. 96, EN 7.3.) |
| "Remember, it's a two-way street. While a sales director may adopt somebody in her city, it's just as likely that one of her consultants will be adopted somewhere else. Over a period of time, the efforts average out." (p. 162.) | "For example, a Sales Director in Dallas could arrange for a Sales Director in Houston to adopt one of her Beauty Consultants and invite her to attend sales meetings and participate in her events. As Mary Kay pointed out, 'Remember, it's a two-way street. While a Sales Director may adopt somebody in her city, it's just as likely that one of her Consultants will be adopted somewhere else. Over a period of time, the efforts average out.'" (p. 116, EN 9.4.) |
| "Our belief in God should never be checked at the door when we punch a time clock. Faith is a 24-hour-a-day commitment. Many women have made the mistake of changing their beliefs to accommodate their work; it must be the other way around. No circumstance is so unusual that it demands a double standard or separates us from our faith." (p. xii.) | "Our belief in God should never be checked at the door when we punch a time clock. Faith is a 24-hour-a-day commitment. Many women have made the mistake of changing their beliefs to accommodate their work; it must be the other way around. No circumstance is so unusual that it demands a double standard or separates us from our faith." (p. 141, EN 11.1.) |

| **Original Work** | ***Pass It On*** |
|---|---|
| "God was my first priority early in my career when I was struggling to make ends meet; through the failures and successes I have experienced since then, my faith has remained unshaken." (p. xii) | "Mary Kay's relationship with God was at the core of her company. As she states in *You Can Have It All*, 'God was my first priority early in my career when I was struggling to make ends meet; through the failures and successes I have experienced since then, my faith has remained unshaken.' Her life philosophy was, 'God first, family second, and career third.' Company meetings and meals opened with prayer. Mary Kay took God as her partner, and she always gave Him the credit for any success she might have." (p. 141, EN 11.2.) |
| "Most successful people will tell you: 'If it were not for the help of other people, I wouldn't be where I am today.' I believe that everybody who accomplishes something great has had help from someone. Somebody, somewhere, provided a spark of inspiration, offered a challenge, or held out a hand along the way." (p. 157.) | "Most successful people will tell you: 'If it were not for the help of other people, I wouldn't be where I am today.' I believe that everybody who accomplishes something great has had help from someone. Somebody, somewhere, provided a spark of inspiration, offered a challenge, or held out a hand along the way." (p. 157, EN 12.1.) |

The below compares sections from the Copyrighted Work, *Mary Kay (1981)*, **Copyright Reg. No. TX0000842917,** from January 25, 1982 **(later renamed *Miracles Happen*)**, with sections from *Pass It On*. The text shown in red is identical.

| **Original Work** | ***Pass It On*** |
|---|---|
| "Taking the wigs out of our line turned out to be an excellent decision. Our Consultants zeroed in on the skin-care products, and our sales climbed $20,000 the very next month." (p. 36). | "This proved to be a wise business decision because, once the salesforce concentrated solely on skin care, sales increased by $20,000 the very next month." (p. 9, EN 1.6.) |
| "I believe we have found success because God has led us all the way." (p. 60.) | "Mary Kay's relationship with God was also at the core of her new company. Her life philosophy was, 'God first, family second, and career third.' Company meetings and meals opened with prayer. She took God as her business partner, and she always gave Him the credit for any success she might have. She wanted her company to not only help women financially, but also emotionally and spiritually. She wove her faith into everything she did: her speeches, her correspondence, and her actions. In her autobiography, Mary Kay insisted, 'I believe we found success because God has led us all the way.'" (p. 11, EN 1.7.) |
| "But I firmly believe that the happiest people are not the ones with the most money but the ones who truly enjoy their work. For me, work is a thrill. Even today, I get up at five every morning and start on my list of the 'six most important things I must do today.' I love the sense of accomplishment that I feel when that list is completed. I have often said that I enjoy what I do so much that I would work for nothing!" (p. 132.) | "As Mary Kay stated, 'I firmly believe that the happiest people are not the ones with the most money, but the ones who really enjoy their work . . . I realized that the real thrill was in being able to do the work I loved . . . I've often said that I enjoy what I do so much that I would work for nothing!'" (p. 55, EN 4.12.) |
| "Whatever the reason, someday I will no longer be here. When that day comes, I know our National Sales Directors will carry on magnificently in my place." (p. 175.) | "Whatever the reason, someday I will no longer be here. When that day comes, I know our National Sales Directors will carry on magnificently in my place." (p. 169, EN 13.1.) |
| "Years ago, I worried about what might happen to the company if I were no longer involved. I felt a deep responsibility to the thousands and thousands of people associated with Mary Kay Cosmetics. The company had come so far so quickly that I wanted to be certain it could grow and prosper without me." (p. 175.) | "Years ago, I worried about what might happen to the company if I was no longer here. I felt a deep responsibility to the thousands and thousands of people involved with Mary Kay Cosmetics. The company had come so far so quickly that I wanted to be sure it could grow and prosper without me." (p. 175, EN 14.1.) |

The below compares sections from the Copyrighted Work, *Mary Kay (3d Ed. 1994)*, **Copyright Reg. No. TX0000842917**, from January 25, 1982 **(later renamed *Miracles Happen*)**, with sections from *Pass It On*. The text shown in red is identical.

| **Original Work** | ***Pass It On*** |
|---|---|
| "People change and even product change. But over the course of time it's the strength of a company's philosophy that will determine whether or not it endures. The Mary Kay philosophy rests upon three simple and beautiful ideas… Years ago, I worried about what might happen to the company if I were no longer involved. I felt a deep responsibility to the thousands and thousands of people associated with Mary Kay Cosmetics. The company had come so far so quickly that I wanted to be certain it could grow and prosper without me. It had helped so many beautiful women that I wanted to know that those golden opportunities would always be there. I was possessed with the desire to leave a legacy. I know now that my legacy is assured. The company has my name, but it also has a life of its own. And its life's blood is the philosophy that many thousands of women have made a part of their lives." (p. 173-175.) | "In the last chapter of her autobiography, 'Living a Legacy,' Mary Kay advised, 'People change and even products change. But over the course of time it's the strength of a company's philosophy that will determine whether or not it endures . . . Years ago, I worried about what might happen to the company if I were no longer involved . . . The company had come so far so quickly that I wanted to be certain it would grow and prosper without me . . . I was possessed with the desire to leave a legacy. I know now that my legacy is assured. The company has my name, but it also has a life of its own. And its life's blood is the philosophy that many thousands of women have made a part of their lives.'" (p. 184, EN 14.8.) |
| "Because I have a fetish about starting each day with a clean desk, I take home whatever is left when I leave in the afternoon and do it at night or early in the morning of the next day so that when I arrive at the office, everything is finished from the day before." (p. 187.) | "Because I have a fetish about starting each day with a clean desk, I take home whatever is left when I leave in the afternoon and do it at night or early in the morning of the next day so that when I arrive at the office, everything is finished from the day before." (p. 35, EN 3.1.) |
| "Let people know that you appreciate them and their performance, and they'll respond by doing even better. Applause and the recognition it represents are among the world's most powerful forces." (p. 151-152.) | "Mary Kay believed in praising people to success. As she stated in her autobiography, 'Let people know that you appreciate them and their performance, and they'll respond by doing even better. Applause and the recognition it represents are among the world's most powerful forces.'" (p. 118, EN 9.5.) |
| "Well, I never considered myself a prize — just an ordinary woman with extraordinary determination." (p. 192) | "Years later, at Mary Kay Inc.'s thirtieth anniversary, a Stanley executive who had worked with Mary Kay when she was a young saleswoman came to Seminar and personally delivered an alligator handbag to her. He said, 'Mary Kay considers this handbag to be the prize that got away. At Stanley, we consider the prize that got away to be Mary Kay.' In her autobiography, Mary Kay commented, 'Well, I never considered myself a prize — just an ordinary woman with extraordinary determination.'" (p. 125, EN 9.9.) |

The below compares sections from the Copyrighted Work, *Mary Kay on People Management (1984)*, **Copyright Reg. No. TX0001449374**, from November 6, 1984, with sections from *Pass It On*. The text shown in red is identical.

| **Original Work** | ***Pass It On*** |
|---|---|
| "Yes, we keep our eye on the bottom line, but it's not an overriding obsession. To me, P and L doesn't only mean profit and loss — it also means people and love." (p. xix.) | "Yes, we keep our eye on the bottom line, but it's not an overriding obsession. To me, P and L doesn't only mean profit and loss — it also means people and love." (p. 57, EN 5.1.) |
| "The most important justification for being in business is service to others." (p. 91.) | "Serving others is one of the primary reasons Mary Kay started her company. 'The most important justification for being in business is service to others,' she insisted. Mary Kay wanted to start a company where women would have the chance to achieve. She had experienced frustration in her own career by not having the opportunity to climb the ladder of success, and she wanted to provide for women what she had been denied. What thrilled Mary Kay the most was hearing success stories from the sales force of how their Mary Kay businesses had helped them afford braces for their children or helped to put them through college. These personal stories from Mary Kay Beauty Consultants made it all worthwhile for Mary Kay." (p. 60, EN 5.3.) |
| "It has been said that rich people are just poor people with money. The winner of a $5-million lottery is the same person the day after he wins — except that he's $5 million richer. The money will, of course, make a difference in his life. But if as a result of his winnings he becomes arrogant, overbearing, haughty, and self-important, he will lose the respect of others." (p. 151.) | "It has been said that rich people are just poor people with money. The winner of a $5-million lottery is the same person the day after he wins — except that he's $5 million richer. The money will, of course, make a difference in his life. But if as a result of his winnings he becomes arrogant, overbearing, haughty, and self-important, he will lose the respect of others." (p. 97, EN 8.1.) |
| "Many of the unpleasant experiences in my previous career taught me the rules for dealing with people." (p. 4.) | "Many of the unpleasant experiences in my previous career taught me the rules for dealing with people." (p. 107, EN 9.1) |