## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1.   Style of case:   **Mary Kay, Inc. v. Jennifer Bickel Cook**

2.   Civil action number: **3:21-cv-02543-C**

3.   Nature of the suit:  **copyright infringement**

4.   Method of ADR used: **mediation**

5.   Date ADR session was held:  **April 17, 2023**

6.   Outcome of ADR *(Select one)*:

☐  Parties did not use my services ☐  Settled, in part, as a result of ADR

**X**  Settled as a result of ADR ☐  Parties were unable to reach a settlement

7.   What was your TOTAL fee:  **$7,450.00**

8.   Duration of ADR: **eight (8) hours** (i.e., one day, two hours)

9.   Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

     **Please see attached**

10.  Provider information:

     Hon. Jeff Kaplan (Ret.)
     8401 North Central Expressway Suite 610
     Dallas, Texas 75225
     Phone: (214) 744-5267

     */s/ Jeff Kaplan*            April 18, 2023
     Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Rebecca L. Adams
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Phone: (214) 981-3800
Counsel for Plaintiff

Eric C. Wood
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
Counsel for Defendant


Julia A. Simon, with Plaintiff
Jennifer Bickel Cook, with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2023, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas.

*/s/ Judy Stephenson*
Case Manager