UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| MARY KAY INC., | § § § | |
| Plaintiff, | § § | Case Number 3:21-CV-2543-C |
| vs. | § § | |
| JENNIFER BICKEL COOK, | § § | |
| Defendants. | § § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THIS HONORABLE COURT:

Plaintiff Mary Kay Inc. hereby files this Agreed Motion to Dismiss With Prejudice. All matters in controversy between Mary Kay and Jennifer Bickel Cook have been fully compromised and settled, and those parties no longer desire to prosecute their respective claims and counterclaims. Accordingly, Mary Kay respectfully requests that their respective claims be dismissed with prejudice.

WHEREFORE, the parties request that the Court grant this Agreed Motion to Dismiss With Prejudice and enter the Agreed Order of Dismissal With Prejudice as proposed by the these parties, with costs and attorney's fees taxed against the party incurring same.

DATED:  June 14, 2023          Respectfully submitted,

         */s/ Christopher J. Schwegmann*
         Christopher J. Schwegmann
         Texas Bar No. 24051315
         cschwegmann@lynnllp.com
         Rebecca L. Adams
         Texas Bar No. 24098255
         radams@lynnllp.com
         **LYNN PINKER HURST & SCHWEGMANN, LLP**
         2100 Ross Avenue, Suite 2700
         Dallas, Texas 75201
         Telephone:     (214) 981-3800
         Facsimile:      (214) 981-3839

         **ATTORNEYS FOR PLAINTIFF**
         **MARY KAY INC.**

## CERTIFICATE OF SERVICE

The foregoing document has been served on all counsel of record on June 14, 2023 *via ECF*.

         */s/ Christopher J. Schwegmann*
         Christopher J. Schwegmann

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for the defendant. Defendant is not opposed to the relief sought by this agreed motion.

         */s/ Christopher J. Schwegmann*
         Christopher J. Schwegmann